B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Herrmann, Clarence J III** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dawidziak-Herrmann, Michelle M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Dawidziak** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3195** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4074** |
| Street Address of Debtor (No. and Street, City, and State):<br>**136 Sycamore Street, Apt. B**<br>**Genoa, IL**<br>ZIP Code **60135** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**136 Sycamore Street, Apt. B**<br>**Genoa, IL**<br>ZIP Code **60135** |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business:<br>**DeKalb** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☐ Full Filing Fee attached

■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ■<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Herrmann, Clarence J III**<br>**Dawidziak-Herrmann, Michelle M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Theresa L. Campbell**            **May 28, 2015**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Theresa L. Campbell 6209526** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Herrmann, Clarence J III**<br>**Dawidziak-Herrmann, Michelle M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Clarence J Herrmann, III**
Signature of Debtor  **Clarence J Herrmann, III**

X **/s/ Michelle M Dawidziak-Herrmann**
Signature of Joint Debtor **Michelle M Dawidziak-Herrmann**

Telephone Number (If not represented by attorney)

**May 28, 2015**
Date

### Signature of Attorney*

X **/s/ Theresa L. Campbell**
Signature of Attorney for Debtor(s)

**Theresa L. Campbell 6209526**
Printed Name of Attorney for Debtor(s)

**Theresa L. Campbell**
Firm Name
**728 N. Main**
**Rockford, IL 61103**

Address

**815-962-3787  Fax: 815-962-3938**
Telephone Number
**May 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Clarence J Herrmann, III**
        **Michelle M Dawidziak-Herrmann**             Case No. _____

                                   Debtor(s)      Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Clarence J Herrmann, III**
_____
                        **Clarence J Herrmann, III**

Date:    **May 28, 2015**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Clarence J Herrmann, III**
       **Michelle M Dawidziak-Herrmann**

                          Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental
deficiency so as to be incapable of realizing and making rational decisions with respect to financial
responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michelle M Dawidziak-Herrmann**
                       **Michelle M Dawidziak-Herrmann**

Date:   **May 28, 2015**

B6D (Official Form 6D) (12/07)

In re **Clarence J Herrmann, III,**          Case No. _____
      **Michelle M Dawidziak-Herrmann**

                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CFS Aurora** <br> **1598 Farnsworth Ave.** <br> **Aurora, IL 60505** | | J | Vehicle loan <br><br> **2008 Nissan Titan truck** <br><br> Value $      **12,280.00** | | | | **16,926.00** | **4,646.00** |
| Account No. <br><br> **Illinois Community Credit Union** <br> **508 W. State** <br> **Sycamore, IL 60178** | | J | **2000 Chevrolet Trailblazer** <br><br> Value $      **1,389.00** | | | | **944.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **17,870.00** | **4,646.00** |
| Total <br> (Report on Summary of Schedules) | **17,870.00** | **4,646.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Clarence J Herrmann, III,**                                Case No. _____
         **Michelle M Dawidziak-Herrmann**

_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Clarence J Herrmann, III,**                                            Case No. _____
        **Michelle M Dawidziak-Herrmann**
                                                                    ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LOMB-L391** **A R C DeKalb LLC** **520 E. 22nd St.** **Lombard, IL 60148-6110** | | J | Collection for Radiology services at Kishwaukee Community Hospital for Debtor Wife and Daughter | | | | 116.00 |
| Account No. **105014648** **Abc Credit & Recovery** **4736 Main St Ste 4** **Lisle, IL 60532** | | H | Collection for Orthopedic Spine Surgery | | | | 1,173.00 |
| Account No. **13041026** **Blitt & Gaines** **661 Glenn Avenue** **Wheeling, IL 60090** | | J | Collection for Portfolio Recovery Associates - Notice only | | | | 0.00 |
| Account No. **007761461** **Central Credit Services, Inc.** **P. O. Box 15118** **Jacksonville, FL 32239** | | J | Collection for Regional Acceptance Corp. - Notice Only | | | | 0.00 |

|  | | | | Subtotal (Total of this page) | | | 1,289.00 |

__13__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
**Michelle M Dawidziak-Herrmann**                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Check In To Cash** <br>**2350 Sycamore Road** <br>**DeKalb, IL 60115** | | J | personal loan | | | | 1,500.00 |
| Account No. **18156880** <br><br>**Choice Recovery** <br>**1550 Old Henderson Rd St** <br>**Columbus, OH 43220** | | H | Collection for  Midwest Orthopaedic Institute | | | | 699.00 |
| Account No. **2380032095 & 2044792101** <br><br>**Commonwealth Edison** <br>**Credit Services** <br>**2100 Swift Dr.** <br>**Oak Brook, IL 60523** | | J | Utility service | | | | 1,006.00 |
| Account No. <br><br>**Convergent Outsourcing** <br>**800 SW 39th St.** <br>**Renton, WA 98057** | | J | Collection for Directv - Notice Only | | | | 0.00 |
| Account No. **49841373** <br><br>**Credit Collections Svc** <br>**Po Box 773** <br>**Needham, MA 02494** | | H | Collection for American Family Insurance | | | | 153.00 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,358.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
    **Michelle M Dawidziak-Herrmann**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Credit Management** <br>**4200 International Parkway** <br>**Carrollton, TX 75007-1912** | | J | Collection for Charter Communications | | | | 92.00 |
| Account No. <br><br>**DeKalb Medical Clinic** <br>**217 Franklin St.** <br>**DeKalb, IL 60115** | | J | Medical services | | | | 20.00 |
| Account No. <br><br>**Dennis Brebner & Assoc.** <br>**Attorney at Law** <br>**860 Northpoint Blvd.** <br>**Waukegan, IL 60085-8211** | | J | Collection for Swedish American Hospital | | | | 222.00 |
| Account No. <br><br>**Diagnos-Techs, Inc.** <br>**6620 S. 192nd Place, J-104** <br>**Kent, WA 98032** | | J | Medical services - Notice only | | | | 0.00 |
| Account No. **29306326** <br><br>**Diversified Consultant** <br>**P. O. Box 551268** <br>**Jacksonville, FL 32255** | | H | Collection for  Sprint | | | | 2,524.00 |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,858.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence J Herrmann, III,**
  **Michelle M Dawidziak-Herrmann**
  _____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical services | | | | |
| **Dreyer Medical Group** P. O. Box 105173 Atlanta, GA 30348-5173 | | J | | | | | | 770.00 |
| Account No. | | | | Medical services | | | | |
| **Elgin Internal Medical Associates** 745 Fletcher Drive Elgin, IL 60123-4748 | | J | | | | | | 75.00 |
| Account No. 8886673 | | | | Opened 5/01/13 Last Active 11/22/13 Collection Attorney Directv | | | | |
| **ER Solutions/Convergent Outsourcing, INC** Po Box 9004 Renton, WA 98057 | | W | | | | | | 99.00 |
| Account No. | | | | Utility service - Notice only | | | | |
| **Fox Valley Internet Inc.** Attn: Billing, Ext. 101 2585j Millenniium Dr., Ste. G Elgin, IL 60124 | | J | | | | | | 0.00 |
| Account No. | | | | Utility service | | | | |
| **Frontier** P. O. Box 2951 Phoenix, AZ 85062-2951 | | J | | | | | | 512.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,456.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence J Herrmann, III,**                                         Case No. _____
        **Michelle M Dawidziak-Herrmann**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **7419**<br><br>**GECRB/Care Credit**<br>**P. O. Box 965033**<br>**Orlando, FL 32896-5033** | | W | | Credit account - Collected by Portfolio - Notice Only | | | | 0.00 |
| Account No.<br><br>**Genoa Elementary**<br>**602 East Hill St.**<br>**Genoa, IL 60135** | | J | | School registration | | | | 140.00 |
| Account No.<br><br>**Genoa-Kingston High School**<br>**980 Park Avenue**<br>**Genoa, IL 60135** | | J | | Registration | | | | 275.00 |
| Account No.<br><br>**Gibson & Sharps**<br>**Attorneys at Law**<br>**9420 Bunsen Pkwy**<br>**Louisville, KY 40220** | | J | | Collection for Dreyer - Notice only | | | | 0.00 |
| Account No.<br><br>**Glesener Chiropractic**<br>**1750 E. Main St.  #60**<br>**Saint Charles, IL 60174-2363** | | J | | Medical services | | | | 722.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,137.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
**Michelle M Dawidziak-Herrmann**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4359721** <br><br> **H & R Accounts Inc** <br> **7017 John Deere Pkwy** <br> **P O Box 672** <br> **Moline, IL 61266-0672** | | H | Collection for Northern Rehabilitation/Mohammed Yasin, MD | | | | 2,015.00 |
| Account No. <br><br> **Horizon Financial** <br> **8585 Broadway  #88** <br> **Merrillville, IN 46410** | | H | Collection for Kishwaukee Hospital | | | | 564.00 |
| Account No. **42261151** <br><br> **Illinois Community Cre** <br> **508 West State St** <br> **Sycamore, IL 60178** | | H | Credit line | | | | 994.00 |
| Account No. <br><br> **Jerome Budz MD** <br> **901 N. First St.** <br> **DeKalb, IL 60115** | | J | Medical services | | | | 90.00 |
| Account No. <br><br> **Kishwaukee Health Systems** <br> **2535 Bethany Rd. #100** <br> **Sycamore, IL 60178** | | J | Medical services | | | | 40.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,703.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
   **Michelle M Dawidziak-Herrmann**
                                       ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | Medical services - Notice only | | | | |
| **Kishwaukee Hospital** **P. O. Box 739** **Moline, IL 61266-0739** | | | J | | | | | | **0.00** |
| **Account No.** | | | | | Medical services | | | | |
| **Lehan's Home Medical** **1407 South 4th St.** **DeKalb, IL 60115-4605** | | | J | | | | | | **93.00** |
| **Account No.** | | | | | Attorney for Portfolio Recovery who is collecting for GE Capital Retail Bank - Notice only | | | | |
| **Louis Freedman** **Attorney at Law** **P. O. Box 3228** **Naperville, IL 60566-7228** | | | J | | | | | | **0.00** |
| **Account No.** | | | | | Medical services | | | | |
| **Midwest Orthopaedic Institute** **1952 Aberdeen Ct.** **Sycamore, IL 60178** | | | J | | | | | | **579.00** |
| **Account No.** | | | | | Medical services - Notice only | | | | |
| **Mohammad Yasin, MD** **2535 W. Bethany, Ste. 210** **Sycamore, IL 60178-3126** | | | J | | | | | | **0.00** |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**672.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
       **Michelle M Dawidziak-Herrmann**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility service | | | | |
| **Nicor** **P. O. Box 2020** **Aurora, IL 60507-0549** | | J | | | | | 440.00 |
| Account No. | | | Collection for Lehan's Home Medical - Notice only | | | | |
| **Northland Group** **P. O. Box 129** **Thorofare, NJ 08086** | | J | | | | | 0.00 |
| Account No. | | | Collection for UW Hospital, UAW Clinic, UW Medical Foundation | | | | |
| **Osi Collect** **507 Prudential Rd.** **Horsham, PA 19044** | | W | | | | | 2,881.00 |
| Account No. | | | Collection for Publisher's Clearing House | | | | |
| **Penn Credit** **916 S. 14th St.** **P. O. Box 988** **Harrisburg, PA 17108-0988** | | J | | | | | 43.00 |
| Account No. | | | Medical services | | | | |
| **Physicians Immediate Care** **P. O. Box 8798** **Carol Stream, IL 60197-8798** | | J | | | | | 20.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       3,384.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence J Herrmann, III,**
　　　**Michelle M Dawidziak-Herrmann**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 6019183078769890<br><br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** | | H | | | Collection for Ge Capital Retail Bank; Portfolio Recovery Associates v. Clarence Herrmann, DeKalb County Case No. 14 SC 789 | | | | 1,364.00 |
| Account No.<br><br>**Presence Medical Group**<br>**25872 Network Plaza**<br>**Chicago, IL 60673-1258** | | J | | | Medical services | | | | 79.00 |
| Account No.<br><br>**Publisher's Clearing House**<br>**P. O. Box 6344**<br>**Harlan, IA 51593-1844** | | J | | | Credit account - Notice only | | | | 0.00 |
| Account No. 776146101<br><br>**Regional Acceptance Co**<br>**110 W Randill Mill Rd St**<br>**Arlington, TX 76011** | | J | | | Deficiency balance from 2003 Chevy Impala which was voluntarly surrendered to creditor in Nov. 2011 | | | | 10,496.00 |
| Account No. 10032021155914<br><br>**Rent Recovery Solution**<br>**2814 Spring Rd Se Ste 30**<br>**Atlanta, GA 30339** | | J | | | Collection Attorney JBRC Management | | | | 2,773.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　14,712.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence J Herrmann, III,**                                Case No. _____
**Michelle M Dawidziak-Herrmann**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5820075** <br><br> **Renton Collections Inc.** <br> **Po Box 272** <br> **Renton, WA 98057** | | W | | **Collection for Diagnos Techs Inc** | | | | 146.00 |
| Account No. <br><br> **Robert Briscoe** <br> **c/o Scott Becker, Attorney at Law** <br> **213 W. Main St.** <br> **Genoa, IL 60135** | | J | | **DeKalb County Case No. 14 LM 340, Robert Briscoe v. Clarence Herrmann, Michelle Herrmann** | | | | 1,529.00 |
| Account No. <br><br> **Rockford Health Physicans** <br> **Dept. 4701** <br> **Carol Stream, IL 60122-4701** | | J | | **Medical services** | | | | 28.00 |
| Account No. <br><br> **Rockford Health Systems Anesthesolo** <br> **2300 N Rockton** <br> **Rockford, IL 61103** | | J | | **Medical services** | | | | 1,187.00 |
| Account No. **AG6845** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | | H | | **Collection for Oral Maxillofacial Surgeons; Collection for Midwest Orthopaedics - Notice only** | | | | 1,047.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of            Subtotal            3,937.00
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
 **Michelle M Dawidziak-Herrmann**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical services | | | | |
| Rockford Radiology P. O. Box 5368 Rockford, IL 61125-0368 | | J | | | | | 27.00 |
| Account No. | | | Medical services | | | | |
| Rockford Spine Center Department 4328 Carol Stream, IL 60122-4328 | | J | | | | | 2,056.00 |
| Account No. D882069N1 | | | Opened 4/01/13 Collection for Andrews Chiropractic Ltd. | | | | |
| Rrca Acct Mgmt 201 E 3rd St Sterling, IL 61081 | | J | | | | | 309.00 |
| Account No. 54229822 | | | Collection for Charter Communications | | | | |
| Southwest Credit Syste 4120 International Parkway Suite 1100 Carrollton, TX 75007 | | W | | | | | 92.00 |
| Account No. | | | Utility service | | | | |
| Sprint P. O. Box 4191 Carol Stream, IL 60197-4191 | | J | | | | | 2,524.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,008.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
       **Michelle M Dawidziak-Herrmann**
_____,
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collection for UW Hospital, UW Clinic Foundation, UW Physicians - Notice only | | | | |
| **State Collection Service** **P. O. Box 6250** **2509 S. Stoughton Rd.** **Madison, WI 53716** | | J | | | | | 0.00 |
| Account No. | | | Credit account - Notice only | | | | |
| **The Bradford Exchange** **9333 Milwaukee Ave.** **Niles, IL 60714** | | J | | | | | 0.00 |
| Account No. | | | Collection for Fox Valley Internet | | | | |
| **Transworld Systems** **507 Prudential Rd.** **Horsham, PA 19044** | | J | | | | | 366.00 |
| Account No. | | | Medical services | | | | |
| **Tri City Radiology** **300 Randall Road** **Geneva, IL 60134** | | J | | | | | 124.00 |
| Account No. | | | Medical services | | | | |
| **United Shockwave  Services** **P. O. Box 2178** **Des Plaines, IL 60017-2178** | | J | | | | | 901.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,391.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clarence J Herrmann, III,**
        **Michelle M Dawidziak-Herrmann**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Collection for the Bradford Exchange | | | | |
| **Universal Fidelity LP** **P O Box 219785** **Houston, TX 77218-9785** | | J | | | | | | **106.00** |
| Account No. | | | | Medical services - Notice onlly | | | | |
| **University of Wisconsin Hospital** **600 Highland Ave., MC 2218** **Madison, WI 53792** | | J | | | | | | **0.00** |
| Account No. | | | | Medical services - Notice only | | | | |
| **University of Wisconsin Physicians** **7974 UW Health Court** **Middleton, WI 53562-5531** | | J | | | | | | **0.00** |
| Account No. | | | | Utility service | | | | |
| **Verizon Wireless** **Bankruptcy Division** **P. O. Box 3397** **Bloomington, IL 61702** | | J | | | | | | **1,271.00** |
| Account No. | | | | Medical services | | | | |
| **Visitng Nurses Association** **4223 E. State** **Rockford, IL 61108** | | J | | | | | | **47.00** |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  (Total of this page)                                     **1,424.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clarence J Herrmann, III,**
 **Michelle M Dawidziak-Herrmann**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **106100900801** | | | | **Credit account** | | | | |
| **World Finance Corp World Acceptance Corp/Attn Bankruptcy Po Box 6429 Greenville, SC 29606** | | H | | | | | | **2,440.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,440.00**

Total
(Report on Summary of Schedules)

**46,769.00**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Clarence J Herrmann, III**
       **Michelle M Dawidziak-Herrmann**                                    Case No.

                                                    Debtor(s)                Chapter        **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **0.00** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **0.00** |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, and pleadings or negotiations with creditors regarding the redemption of a vehicle or other asset.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 28, 2015**                          **/s/ Theresa L. Campbell**
                                                  **Theresa L. Campbell 6209526**
                                                  **Theresa L. Campbell**
                                                  **728 N. Main**
                                                  **Rockford, IL 61103**
                                                  **815-962-3787  Fax: 815-962-3938**

---

A R C DeKalb LLC
520 E. 22nd St.
Lombard, IL 60148-6110


Abc Credit & Recovery
4736 Main St Ste 4
Lisle, IL 60532


Blitt & Gaines
661 Glenn Avenue
Wheeling, IL 60090


Central Credit Services, Inc.
P. O. Box 15118
Jacksonville, FL 32239


CFS Aurora
1598 Farnsworth Ave.
Aurora, IL 60505


Check In To Cash
2350 Sycamore Road
DeKalb, IL 60115


Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220


Commonwealth Edison
Credit Services
2100 Swift Dr.
Oak Brook, IL 60523


Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057


Credit Collections Svc
Po Box 773
Needham, MA 02494


Credit Management
4200 International Parkway
Carrollton, TX 75007-1912

DeKalb Medical Clinic
217 Franklin St.
DeKalb, IL 60115


Dennis Brebner & Assoc.
Attorney at Law
860 Northpoint Blvd.
Waukegan, IL 60085-8211


Diagnos-Techs, Inc.
6620 S. 192nd Place, J-104
Kent, WA 98032


Diversified Consultant
P. O. Box 551268
Jacksonville, FL 32255


Dreyer Medical Group
P. O. Box 105173
Atlanta, GA 30348-5173


Elgin Internal Medical Associates
745 Fletcher Drive
Elgin, IL 60123-4748


ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057


Fox Valley Internet Inc.
Attn: Billing, Ext. 101
2585j Millenniium Dr., Ste. G
Elgin, IL 60124


Frontier
P. O. Box 2951
Phoenix, AZ 85062-2951


GECRB/Care Credit
P. O. Box 965033
Orlando, FL 32896-5033


Genoa Elementary
602 East Hill St.
Genoa, IL 60135

Genoa-Kingston High School
980 Park Avenue
Genoa, IL 60135


Gibson & Sharps
Attorneys at Law
9420 Bunsen Pkwy
Louisville, KY 40220


Glesener Chiropractic
1750 E. Main St. #60
Saint Charles, IL 60174-2363


H & R Accounts Inc
7017 John Deere Pkwy
P O Box 672
Moline, IL 61266-0672


Horizon Financial
8585 Broadway #88
Merrillville, IN 46410


Illinois Community Cre
508 West State St
Sycamore, IL 60178


Illinois Community Credit Union
508 W. State
Sycamore, IL 60178


Jerome Budz MD
901 N. First St.
DeKalb, IL 60115


Kishwaukee Health Systems
2535 Bethany Rd. #100
Sycamore, IL 60178


Kishwaukee Hospital
P. O. Box 739
Moline, IL 61266-0739


Lehan's Home Medical
1407 South 4th St.
DeKalb, IL 60115-4605

Louis Freedman
Attorney at Law
P. O. Box 3228
Naperville, IL 60566-7228


Midwest Orthopaedic Institute
1952 Aberdeen Ct.
Sycamore, IL 60178


Mohammad Yasin, MD
2535 W. Bethany, Ste. 210
Sycamore, IL 60178-3126


Nicor
P. O. Box 2020
Aurora, IL 60507-0549


Northland Group
P. O. Box 129
Thorofare, NJ 08086


Osi Collect
507 Prudential Rd.
Horsham, PA 19044


Penn Credit
916 S. 14th St.
P. O. Box 988
Harrisburg, PA 17108-0988


Physicians Immediate Care
P. O. Box 8798
Carol Stream, IL 60197-8798


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Presence Medical Group
25872 Network Plaza
Chicago, IL 60673-1258

Publisher's Clearing House
P. O. Box 6344
Harlan, IA 51593-1844


Regional Acceptance Co
110 W Randill Mill Rd St
Arlington, TX 76011


Rent Recovery Solution
2814 Spring Rd Se Ste 30
Atlanta, GA 30339


Renton Collections Inc.
Po Box 272
Renton, WA 98057


Robert Briscoe
c/o Scott Becker, Attorney at Law
213 W. Main St.
Genoa, IL 60135


Rockford Health Physicans
Dept. 4701
Carol Stream, IL 60122-4701


Rockford Health Systems Anesthesolo
2300 N Rockton
Rockford, IL 61103


Rockford Mercantile
2502 S. Alpine Rd
Rockford, IL 61108


Rockford Radiology
P. O. Box 5368
Rockford, IL 61125-0368


Rockford Spine Center
Department 4328
Carol Stream, IL 60122-4328


Rrca Acct Mgmt
201 E 3rd St
Sterling, IL 61081

Southwest Credit Syste
4120 International Parkway Suite 1100
Carrollton, TX 75007


Sprint
P. O. Box 4191
Carol Stream, IL 60197-4191


State Collection Service
P. O. Box 6250
2509 S. Stoughton Rd.
Madison, WI 53716


The Bradford Exchange
9333 Milwaukee Ave.
Niles, IL 60714


Transworld Systems
507 Prudential Rd.
Horsham, PA 19044


Tri City Radiology
300 Randall Road
Geneva, IL 60134


United Shockwave  Services
P. O. Box 2178
Des Plaines, IL 60017-2178


Universal Fidelity LP
P O Box 219785
Houston, TX 77218-9785


University of Wisconsin Hospital
600 Highland Ave., MC 2218
Madison, WI 53792


University of Wisconsin Physicians
7974 UW Health Court
Middleton, WI 53562-5531


Verizon Wireless
Bankruptcy Division
P. O. Box 3397
Bloomington, IL 61702

```
Visitng Nurses Association
4223 E. State
Rockford, IL 61108


World Finance Corp
World Acceptance Corp/Attn Bankruptcy
Po Box 6429
Greenville, SC 29606
```